UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. YOLANDE SAAB,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>LEBANESE AMERICAN UNIVERSITY, et al.,<br><br>　　　　　　　　　　Defendants. | 25-CV-0692 (AS)<br><br>ORDER OF SERVICE |

ARUN SUBRAMANIAN, United States District Judge:

　　Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

　　The Clerk of Court is directed to issue a summons as to all Defendants. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons.[1]

　　If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

　　SO ORDERED.

Dated:　January 31, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, summonses were not issued when Plaintiff filed the complaint because she had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date summonses are issued.