UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. Yolande Saab,<br><br>       Plaintiff,<br><br>  -against-<br><br>Lebanese American University et al.,<br><br>       Defendants. | 25-CV-692 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court held a remote conference on February 20, 2025 at which the parties agreed to meet and confer on the possibility of streamlining the case and resolving any potential service issues. By **March 14, 2025**, the parties should file a joint letter updating the Court on the results of that meet and confer process.

  SO ORDERED.

Dated: March 12, 2025
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge