UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dr. Yolande Saab,<br><br>                    Plaintiff,<br><br>        -against-<br><br>Lebanese American University et al.,<br><br>                    Defendants. | 25-CV-692 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant Lebanese American University (LAU) moved to dismiss on April 1, 2025. Plaintiff Saab's brief in opposition is due on **May 13, 2025**, and LAU's reply brief is due on **May 27, 2025**.

    SO ORDERED.

Dated: April 4, 2025
       New York, New York

                                                     ARUN SUBRAMANIAN
                                                     United States District Judge