**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
YOLANDE SAAB,

                    Plaintiff,

      -against-                              25 **CIVIL** 00692 (AS)

                                                  **JUDGMENT**

LEBANESE AMERICAN UNIVERSITY,
MICHEL MAWAD, GEORGE NASR, AND
NOUR HAJJAR,

                    Defendants
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2026, the Court enforces the forum-selection clause. This dispute should be decided in a court in Beirut, not New York. Defendants' motions to dismiss are granted. Accordingly, the case is closed.

**Dated:** New York, New York

        March 24, 2026

                                       **TAMMI M. HELLWIG**

                                        **Clerk of Court**

**BY:**

                                        **Deputy Clerk**